# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

02-_____

In re: Chester William Nichols
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

Case No. _____
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____

Signed: _____
Chester William Nichols

Signed: _____
Bar No. _____



Bank of America  
1825 E. Buckeye Rd.  
Phoenix, AZ  85034

Bebe Marie Nichols  
Route 2, Box 137B  
Doddridge, AR  71834

Country Wide  
P. O. Box 660694  
Dallas, TX  75266-0694

First USA  
3 N. Christina  
201 Walnut St.  
Wilmington, DE  19801

First USA (AOL)  
3 N. Christina  
201 Walnut St.  
Wilmington, DE  19801

JC Penney  
3802 Northdale Blvd.  
Tampa, FL  33624

MBNA America  
P. O. Box 15026  
Wilmington, DE  19801

Next Card  
P. O. Box 60610  
Phoenix, AZ  85082

Providian  
4940 Johnson Dr.  
Pleasanton, CA  94566

Red River Federal Credit
P. O. Box 5909
Texarkana, TX 75504


Sears
13200 Smith Rd.
Cleveland, OH 44130

Red River Federal Credit
P. O. Box 5909
Texarkana, TX 75504